[No. 3381.]

BLACK v. HOWELL.

*Appeal from Washington District Court.*  HON. H. P. BURKE, Judge.

Mr. AUGUST MUNTZING, Mr. EGBERT MORE, for appellant.

Mr. JOHN F. MAIL, for appellee.

*Judgment affirmed on the authority of Little v. Wilson, ante.*

CUNNINGHAM, J.

*Per Curiam.*—Upon the record in this case there appear to be no questions presented for our consideration not embraced in and disposed of by us at this term, in the cases of *Little v. Wilson,* No. 3379, and *Dalander v. Karr,* No. 3380, and the judgment of the trial court is affirmed.

*Judgment affirmed.*

WALLING, Judge, not participating.